**Order entered November 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00376-CR

### JOE HENRY MACK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-80956-2013

## ORDER

The Court **REINSTATES** the appeal.

On August 5, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant's appeal should continue; and (2) Robert Hultkrantz has been appointed to represent appellant in the appeal.

The Court has had Mr. Hultkrantz listed as appellant's attorney of record, but it appears his address has changed since the case was added to the Court's system. Therefore, he may not have received copies of documents sent by this Court. Accordingly, we **DIRECT** the Clerk to show that Robert Hultkrantz is appellant's appointed counsel and that his address is 2035 Central Circle, Suite 210, McKinney, Texas 75069, 972-562-8900.

The Court **DIRECTS** Mr. Hultkrantz to provide the Clerk of this Court with an e-mail address so that the Court may send counsel copies of orders and correspondence electronically.

We **ORDER** appellant to file his brief by **DECEMBER 6, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/      DAVID EVANS
         JUSTICE